# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BANK FIRST,**

        **Plaintiff,**

**-vs-**                                            Case No. 6:09-cv-152-Orl-31KRS

**BERNARD GUILLEM and WILLIAM HABERMAN,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Entry of Default Judgment against Defendants (Doc. No. 19) filed April 14, 2009.

On June 11, 2009, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Entry of Default Judgment against Defendants is GRANTED. The Clerk is directed to enter judgment for Plaintiff and against the Defendants, jointly and severally, in the amount of $38,948,135.81, plus prejudgment interest of $790,437.12, for a total of $39,738.572.93.

    3.    Following entry of judgment, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of June, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE